**Fill in this information to identify the case:**

Debtor name      **Moon Landscaping, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known)      **21-11141 - CSS**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

Part 1:      **Summary of Assets**

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*............................................................................    $              **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.......................................................................    $      **1,952,186.31**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.........................................................................    $      **1,952,186.31**

Part 2:      **Summary of Liabilities**

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $    **19,747,688.25**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................    $       **209,499.99**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................    +$     **1,153,793.48**

4.   Total liabilities .........................................................................................................
    Lines 2 + 3a + 3b                                                                        $     **21,110,981.72**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Moon Landscaping, Inc.** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **21-11141 - CSS** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.       **Accounts receivable**

| 11b. Over 90 days old: | **879,547.00** | - | **153,350.00** | =.... | **$726,197.00** |
| --- | --- | --- | --- | --- | --- |
| | face amount | | doubtful or uncollectible accounts | | |

12.       **Total of Part 3.**
          Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| $726,197.00 |
| --- |

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                   Best Case Bankruptcy

| Debtor | **Moon Landscaping, Inc.** | Case number *(If known)* **21-11141 - CSS** |
|---|---|---|
| | Name | |

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Trucks (SEE ATTACHED SCHEDULE) | $359,330.84 | Tax records | $359,330.84 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Machinery & Equipment (SEE ATTACHED<br>SCHEDULE) | $866,658.47 | Tax records | $866,658.47 |

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| $1,225,989.31 |
|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor    **Moon Landscaping, Inc.**                                Case number *(If known)*  **21-11141 - CSS**
          Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ■ No.  Go to Part 12.
   ☐ Yes Fill in the information below.

Debtor   **Moon Landscaping, Inc.**                                    Case number *(If known)*   **21-11141 - CSS**
         Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $726,197.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,225,989.31 | |
| 88. **Real property.** *Copy line 56, Part 9* ............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,952,186.31 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,952,186.31 |

# Moon Landscaping, Inc.  -  210

## Depreciation Expense Report

**Book = Internal**

**FYE Month = December**

| Sys | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum |
|---|---|---|---|---|---|---|---|---|
| \multicolumn | | | | | | | | |

| Sys | In Svc Date | Acquired Value | P/T | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum |
|---|---|---|---|---|---|---|---|---|
| **G/L Accum Account = 1700** | | | | | | | | |
| 00000 | Major Equipment Repairs | | | | | | | |
| | 01/15/95 | 3,269.61 | P | SLM | 05 | 0.00 | 3,269.61 | 3,269.61 |
| 00001 | Major Equipment Repairs | | | | | | | |
| | 01/15/95 | 883.11 | P | SLM | 05 | 0.00 | 883.11 | 883.11 |
| 00007 | 2000 Toyota Tundra | | | | | | | |
| | 07/01/00 | 29,010.00 | A | SLM | 05 | 0.00 | 29,010.00 | 29,010.00 |
| 00007 | 2002 DECKOVER  GVW  FLATBED TRAILER | | | | | | | |
| | 06/30/02 | 2,644.70 | P | SLM | 05 | 0.00 | 2,644.70 | 2,644.70 |
| 00007 | 2002  AVENGER CARGO  TRAILER | | | | | | | |
| | 06/30/02 | 5,695.30 | P | SLM | 05 | 0.00 | 5,695.30 | 5,695.30 |
| 00008 | 2004 INTERNATIONAL MODEL 4400  TRUCK | | | | | | | |
| | 06/01/03 | 63,671.80 | P | SLM | 05 | 0.00 | 63,671.80 | 63,671.80 |
| 00009 | 2003 TOYOTA TUNDRA  4  X  4  TRUCK | | | | | | | |
| | 12/01/03 | 28,787.00 | P | SLM | 05 | 0.00 | 28,787.00 | 28,787.00 |
| 00009 | ADDITIONAL COSTS  FOR ASSET # 92 & 93 ( TAXES, TITLES, TAGS ) | | | | | | | |
| | 03/01/04 | 7,871.88 | P | SLM | 04 | 0.00 | 7,871.88 | 7,871.88 |
| 00009 | 2003 Belshe Flat Bed Trailer | | | | | | | |
| | 03/02/04 | 7,467.00 | P | SLM | 05 | 0.00 | 7,467.00 | 7,467.00 |
| 00009 | 2004 8x16 Enclosed Trailer | | | | | | | |
| | 03/11/04 | 5,141.20 | P | SLM | 05 | 0.00 | 5,141.20 | 5,141.20 |
| 00009 | 2004 8x16 Enclosed Trailer | | | | | | | |
| | 03/11/04 | 5,141.20 | P | SLM | 05 | 0.00 | 5,141.20 | 5,141.20 |
| 00010 | 2005 GMC Sierra 3500 | | | | | | | |
| | 01/01/05 | 38,625.84 | T | SLM | 05 | 0.00 | 38,625.84 | 38,625.84 |
| 00010 | 2005 Wells Cargo Trailer EW1824W | | | | | | | |
| | 03/16/05 | 10,135.50 | P | SLM | 04 | 0.00 | 10,135.50 | 10,135.50 |
| 00010 | 2005 Wells Cargo Trailer EW1824W | | | | | | | |
| | 03/16/05 | 10,135.50 | P | SLM | 04 | 0.00 | 10,135.50 | 10,135.50 |
| 00012 | 2005 Ford Ranger | | | | | | | |
| | 04/14/05 | 16,835.00 | T | SLM | 05 | 0.00 | 16,835.00 | 16,835.00 |
| 00010 | 2005 Ford F-150 Truck | | | | | | | |
| | 10/01/05 | 23,783.27 | T | SLM | 05 | 0.00 | 23,783.27 | 23,783.27 |
| 00010 | 2005 Ford F-150 Truck | | | | | | | |
| | 09/30/05 | 17,188.28 | T | SLM | 05 | 0.00 | 17,188.28 | 17,188.28 |
| 00010 | 2000 Ford F650 Crew Cab Dump Truck | | | | | | | |
| | 12/16/05 | 26,090.00 | T | SLM | 03 | 0.00 | 26,090.00 | 26,090.00 |
| 00011 | 2006 Toyota Tacoma 2 Reg Cab | | | | | | | |
| | 07/31/06 | 17,429.48 | A | SLM | 05 | 0.00 | 17,429.48 | 17,429.48 |
| 00011 | 2005 International Model 4200 Extended Cab | | | | | | | |
| | 04/18/07 | 44,457.50 | P | SLM | 05 | 0.00 | 44,457.50 | 44,457.50 |
| 00012 | 2007 Chevrolet Truck | | | | | | | |
| | 07/18/07 | 36,257.36 | P | SLM | 05 | 0.00 | 36,257.36 | 36,257.36 |
| 00012 | Toyota Tacoma 4X4 | | | | | | | |
| | 01/31/08 | 26,075.52 | P | SLM | 05 | 0.00 | 26,075.52 | 26,075.52 |
| 00012 | 2008 Toyota Tacoma 4X4 | | | | | | | |
| | 03/26/08 | 27,676.08 | A | SLM | 05 | 0.00 | 27,676.08 | 27,676.08 |
| 00012 | 2008 Wells cargo EW2424 trailer | | | | | | | |
| | 04/24/08 | 9,840.00 | P | SLM | 05 | 0.00 | 9,840.00 | 9,840.00 |
| 00013 | 1990 GMC Model R35 truck | | | | | | | |
| | 08/08/08 | 5,000.00 | P | SLM | 03 | 0.00 | 5,000.00 | 5,000.00 |
| 00013 | 2000 Ford F250 Super Duty Super Cab | | | | | | | |

| | Date | Amount | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 01/16/09 | 10,000.00 | A | SLM | 05 | 0.00 | 10,000.00 | 10,000.00 |
| 00015 2004 Pace America 24' cargo trailer | | | | | | | | |
| | 03/22/10 | 1,500.00 | P | SLM | 05 | 0.00 | 1,500.00 | 1,500.00 |
| 00015 2006 Imperial dump trailer | | | | | | | | |
| | 03/22/10 | 1,250.00 | P | SLM | 05 | 0.00 | 1,250.00 | 1,250.00 |
| 00015 Rebuilt engine for MV168 | | | | | | | | |
| | 05/12/10 | 10,235.94 | P | SLM | 05 | 0.00 | 10,235.94 | 10,235.94 |
| 00016 Ford F450 crew cab dump truck | | | | | | | | |
| | 06/02/10 | 9,500.00 | P | SLM | 05 | 0.00 | 9,500.00 | 9,500.00 |
| 00016 2002 Toyota Tundra | | | | | | | | |
| | 07/14/10 | 12,010.00 | P | SLM | 05 | 0.00 | 12,010.00 | 12,010.00 |
| 00017 Wells cargo EW1824W trailer | | | | | | | | |
| | 11/01/10 | 9,650.00 | P | SLM | 05 | 0.00 | 9,650.00 | 9,650.00 |
| 00017 2001 Ford F250 Irrigation truck | | | | | | | | |
| | 05/05/11 | 7,000.00 | P | SLM | 05 | 0.00 | 7,000.00 | 7,000.00 |
| 00018 2007 Chevrolet 2500 HD Silverado Crew Cab | | | | | | | | |
| | 03/15/12 | 5,457.50 | P | SLM | 07 | 0.00 | 5,457.50 | 5,392.51 |
| 00018 1991 Eager Beaver Trailer | | | | | | | | |
| | 08/01/12 | 1,500.00 | P | SLM | 05 | 0.00 | 1,500.00 | 1,500.00 |
| 00018 2005 Ford F-250 truck | | | | | | | | |
| | 06/20/14 | 7,000.00 | P | SLM | 05 | 0.00 | 7,000.00 | 7,000.00 |
| 00019 MV1229 Replaced Injectors, lines and Fuel Pump | | | | | | | | |
| | 04/01/17 | 3,605.08 | P | SLM | 05 | 0.00 | 3,605.08 | 3,124.42 |
| 00019 MV1211 Injectors | | | | | | | | |
| | 06/01/17 | 3,994.40 | P | SLM | 05 | 0.00 | 3,994.40 | 3,328.66 |
| 00019 MV1162 Paint & Supplies - Bumper | | | | | | | | |
| | 05/04/18 | 2,503.61 | P | SLM | 05 | 0.00 | 2,503.61 | 1,627.35 |
| 00019 MV168 Engine Reconditioned | | | | | | | | |
| | 12/07/17 | 5,735.91 | P | SLM | 05 | 0.00 | 5,735.91 | 4,206.33 |
| 00019 Void Duplicated by mistake | | | | | | | | |
| | 05/04/18 | 0.00 | P | SLM | 05 | 0.00 | 0.00 | 0.00 |
| 00019 Void Duplicated by Mistake | | | | | | | | |
| | 05/04/18 | 0.00 | P | SLM | 05 | 0.00 | 0.00 | 0.00 |
| 00020 Transmission Repair by LST Investments | | | | | | | | |
| | 08/28/20 | 7,340.40 | P | SLM | 10 | 0.00 | 7,340.40 | 672.87 |
| 00020 Transmission Repair | | | | | | | | |
| | 12/22/20 | 5,814.28 | P | SLM | 10 | 0.00 | 5,814.28 | 339.17 |
| 00020 Transmission Repair Victors Vehicle | | | | | | | | |
| | 09/14/20 | 5,781.26 | P | SLM | 10 | 0.00 | 5,781.26 | 529.95 |
| 00021 Vince Vehicle | | | | | | | | |
| | 02/07/20 | 3,250.00 | P | SLM | 05 | 0.00 | 3,250.00 | 487.50 |
| 00021 Rebuilt Transmission for VIN 1GC1KVEGAGF149424 | | | | | | | | |
| | 02/22/21 | 5,133.95 | P | SLM | 05 | 0.00 | 5,133.95 | 427.83 |
| 00021 Transmission for VIN 1GC2KUEG3GZ331550 | | | | | | | | |
| | 02/01/21 | 5,389.17 | P | SLM | 05 | 0.00 | 5,389.17 | 538.92 |
| 00021 Rebuilt Transmission 2016 Silverado | | | | | | | | |
| | 05/17/21 | 6,512.51 | P | SLM | 05 | 0.00 | 6,512.51 | 217.08 |
| 00001 Metro Turf | | | | | | | | |
| | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00001 Trac Unit | | | | | | | | |
| | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00001 Power Pro Equip | | | | | | | | |
| | 01/15/95 | 1,200.09 | P | SLM | 05 | 0.00 | 1,200.09 | 1,200.09 |
| 00001 Truck Logos | | | | | | | | |
| | 01/15/95 | 1,483.59 | P | SLM | 05 | 0.00 | 1,483.59 | 1,483.59 |
| 00001 Capitalized Repairs | | | | | | | | |
| | 01/15/95 | 1,291.10 | P | SLM | 05 | 0.00 | 1,291.10 | 1,291.10 |
| 00001 (2) Dozer Blades | | | | | | | | |
| | 01/15/95 | 892.62 | P | SLM | 05 | 0.00 | 892.62 | 892.62 |
| 00002 Gas Tank w/ Pump | | | | | | | | |
| | 01/15/95 | 297.46 | P | SLM | 05 | 0.00 | 297.46 | 297.46 |
| 00002 2-Way Radio HT600 | | | | | | | | |
| | 01/15/95 | 302.44 | P | SLM | 05 | 0.00 | 302.44 | 302.44 |

| ID | Description | Date | Cost | | | Class | | Value | Value |
|---|---|---|---|---|---|---|---|---|---|
| 00002 | GEM Rototiller | 01/15/95 | 1,172.50 | P | SLM | 05 | 0.00 | 1,172.50 | 1,172.50 |
| 00002 | 1988 Jersey Trailer | 01/15/95 | 331.40 | P | SLM | 05 | 0.00 | 331.40 | 331.40 |
| 00003 | Eager Beaver Trailer | 01/15/95 | 3,597.28 | P | SLM | 05 | 0.00 | 3,597.28 | 3,597.28 |
| 00003 | New Holland Backhoe | 01/15/95 | 4,604.18 | P | SLM | 05 | 0.00 | 4,604.18 | 4,604.18 |
| 00003 | Ransome Sodcutter | 01/15/95 | 2,231.22 | P | SLM | 05 | 0.00 | 2,231.22 | 2,231.22 |
| 00003 | York Rake | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00003 | York Rake | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | Reinco Power Mulcher | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | IND Auger 30 inch | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | Finn Krimper | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | (2) Water Pumps | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | Howard Rototiller | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | Compressor | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | Hydroseeder | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | Ford 545 Loader | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00004 | Backhoe Bucket | 01/05/95 | 1.00 | P | SLM | 01 | 0.00 | 1.00 | 1.00 |
| 00005 | Capitalized Repairs | 01/15/95 | 2,263.11 | P | SLM | 05 | 0.00 | 2,263.11 | 2,263.11 |
| 00005 | 1989 Metrolink | 01/15/95 | 472.79 | P | SLM | 05 | 0.00 | 472.79 | 472.79 |

**G/L Accum Account = 1710**

| ID | Description | Date | Cost | | | Class | | Value | Value |
|---|---|---|---|---|---|---|---|---|---|
| 00005 | (2) Morrison Concrete | 01/15/95 | 1,994.31 | P | SLM | 05 | 0.00 | 1,994.31 | 1,994.31 |
| 00005 | 1000 Gal Tank | 01/15/95 | 371.51 | P | SLM | 05 | 0.00 | 371.51 | 371.51 |
| 00005 | Pro Sod Cutter | 01/15/95 | 1,655.96 | P | SLM | 05 | 0.00 | 1,655.96 | 1,655.96 |
| 00005 | 1996 Jersey 5 Ton | 05/01/96 | 2,800.00 | P | SLM | 07 | 0.00 | 2,800.00 | 2,800.00 |
| 00006 | Cherry Valley Auger | 11/01/96 | 796.00 | P | SLM | 07 | 0.00 | 796.00 | 796.00 |
| 00006 | CARGO TRAILER | 06/25/99 | 4,057.30 | P | SLM | 10 | 0.00 | 4,057.30 | 4,057.30 |
| 00006 | BACKHOE FOR FORD 545A LOADER | 02/14/00 | 14,906.52 | P | SLM | 05 | 0.00 | 14,906.52 | 14,906.52 |
| 00006 | 48 inch BOBCAT WALK BEHIND | 03/27/00 | 2,498.00 | P | SLM | 03 | 0.00 | 2,498.00 | 2,498.00 |
| 00007 | 2000 AVENGER 8 ft X 16 ft TRAILER | 02/01/00 | 5,252.50 | P | SLM | 05 | 0.00 | 5,252.50 | 5,252.50 |
| 00007 | Bantam Sod Cutter with Graverly Planter Drill | 12/12/00 | 3,000.00 | P | SLM | 05 | 0.00 | 3,000.00 | 3,000.00 |
| 00007 | REBUILD ENGINE 445-A DIESEL(TRACTOR C782548) | 07/31/02 | 6,893.96 | P | SLM | 05 | 0.00 | 6,893.96 | 6,893.96 |
| 00008 | HYDROSEEDER FINN T30 SKID 300 GALLONS | 03/01/03 | 8,986.70 | P | SLM | 05 | 0.00 | 8,986.70 | 8,986.70 |
| 00008 | NEW HOLLAND BACKHOE | 04/01/03 | 55,995.00 | P | SLM | 10 | 0.00 | 55,995.00 | 55,995.00 |

| | Date | Cost | | | | | |
|---|---|---|---|---|---|---|---|
| 00008 RYAN 18 inch W HONDA S-SHP SOD CUTTER | | | | | | | |
| | 04/01/03 | 3,604.00 | P SLM | 05 | 0.00 | 3,604.00 | 3,604.00 |
| 00008 RYAN 18 inch W HONDA S-SHP SOD CUTTER | | | | | | | |
| | 04/01/03 | 3,604.00 | P SLM | 05 | 0.00 | 3,604.00 | 3,604.00 |
| 00008 REBUILD ENGINE ON 655 BACKHOE | | | | | | | |
| | 06/01/03 | 7,625.59 | P SLM | 03 | 0.00 | 7,625.59 | 7,625.59 |
| 00008 20 inch GARDNER 8HP HONDA REAR ROTO TIME TILLER | | | | | | | |
| | 07/01/03 | 2,146.50 | P SLM | 03 | 0.00 | 2,146.50 | 2,146.50 |
| 00008 AUTO DUAL ROLL LV PRINTER | | | | | | | |
| | 11/01/03 | 6,492.50 | P SLM | 05 | 0.00 | 6,492.50 | 6,492.50 |
| 00009 MULTI TERRAIN CATERPILLAR SKID STEER LOADER | | | | | | | |
| | 12/01/03 | 54,998.98 | P SLM | 07 | 0.00 | 54,998.98 | 54,998.98 |
| 00009 CATERPILLAR MULTI-TERRAIN LOADER MODEL: 257B | | | | | | | |
| | 05/01/04 | 43,710.00 | P SLM | 10 | 0.00 | 43,710.00 | 43,710.00 |
| 00009 1991 Ford 545C Loader | | | | | | | |
| | 11/19/04 | 21,645.00 | P SLM | 05 | 0.00 | 21,645.00 | 21,645.00 |
| 00011 Belshe FB30 dual tandem trailer | | | | | | | |
| | 03/05/07 | 19,902.40 | P SLM | 04 | 0.00 | 19,902.40 | 19,902.40 |
| 00011 Scag Walkbehind hydro 48 KAWI | | | | | | | |
| | 04/19/07 | 4,544.59 | P SLM | 05 | 0.00 | 4,544.59 | 4,544.59 |
| 00011 Scag 36" walkbehind KAWI 16 hydro | | | | | | | |
| | 04/19/07 | 4,357.23 | P SLM | 05 | 0.00 | 4,357.23 | 4,357.23 |
| 00011 36" hydro walk behind | | | | | | | |
| | 05/01/07 | 4,357.22 | P SLM | 05 | 0.00 | 4,357.22 | 4,357.22 |
| 00011 2007 Motiv Trailer | | | | | | | |
| | 05/23/07 | 8,718.20 | P SLM | 05 | 0.00 | 8,718.20 | 8,718.20 |
| **G/L Accum Account = 1710** | | | | | | | |
| 00012 OCE scanner & 2 roll printer | | | | | | | |
| | 05/15/07 | 17,710.48 | P SLM | 05 | 0.00 | 17,710.48 | 17,710.48 |
| 00012 Kubota | | | | | | | |
| | 12/04/07 | 7,754.00 | P SLM | 05 | 0.00 | 7,754.00 | 7,754.00 |
| 00012 Landpride 72" Oversteeder | | | | | | | |
| | 02/18/08 | 4,902.50 | P SLM | 05 | 0.00 | 4,902.50 | 4,902.50 |
| 00013 61" zero turn riding mower | | | | | | | |
| | 05/01/08 | 7,365.88 | P SLM | 05 | 0.00 | 7,365.88 | 7,365.88 |
| 00013 Toro Loader w/ trailer, rake, plow, etc. | | | | | | | |
| | 08/29/08 | 45,027.00 | P SLM | 07 | 0.00 | 45,027.00 | 45,003.19 |
| 00013 John Deere 48" trencher | | | | | | | |
| | 12/05/08 | 3,900.00 | P SLM | 05 | 0.00 | 3,900.00 | 3,900.00 |
| 00013 Astec Model MAXI D Trencher | | | | | | | |
| | 02/02/09 | 27,773.00 | P SLM | 07 | 0.00 | 27,773.00 | 27,736.71 |
| 00013 60" Exmark rider mower | | | | | | | |
| | 03/26/09 | 2,380.39 | P SLM | 07 | 0.00 | 2,380.39 | 2,380.39 |
| 00013 60" Exmark rider mower | | | | | | | |
| | 03/26/09 | 2,380.39 | P SLM | 07 | 0.00 | 2,380.39 | 2,380.39 |
| 00014 Bagger for mowers | | | | | | | |
| | 03/26/09 | 795.19 | P SLM | 07 | 0.00 | 795.19 | 795.19 |
| 00014 Toro Grand Stander 2009 mower with 48" deck | | | | | | | |
| | 04/27/09 | 6,962.00 | P SLM | 07 | 0.00 | 6,962.00 | 6,962.00 |
| 00014 7.4 Homesteader plow for 08 Toyota | | | | | | | |
| | 12/01/09 | 4,084.02 | P SLM | 07 | 0.00 | 4,084.02 | 4,084.02 |
| 00014 7.4 Homesteader plow for 02 Toyota | | | | | | | |
| | 12/01/09 | 4,084.02 | P SLM | 07 | 0.00 | 4,084.02 | 4,084.02 |
| 00014 7.6 SD MM2 plow for 2000 Ford F250 | | | | | | | |
| | 12/01/09 | 4,746.56 | P SLM | 07 | 0.00 | 4,746.56 | 4,746.56 |
| 00014 Model 500 tailgate salt spreader | | | | | | | |
| | 12/01/09 | 1,583.00 | P SLM | 07 | 0.00 | 1,583.00 | 1,583.00 |
| 00014 Model 1000 tailgate salt spreader | | | | | | | |
| | 12/01/09 | 1,785.00 | P SLM | 07 | 0.00 | 1,785.00 | 1,785.00 |
| 00014 1.8 CY poly caster spreader for Ford F650 | | | | | | | |
| | 03/09/10 | 6,000.00 | P SLM | 07 | 0.00 | 6,000.00 | 6,000.00 |
| 00014 7.4 Homesteader blade for Toyota Tundra | | | | | | | |
| | 03/09/10 | 3,348.00 | P SLM | 07 | 0.00 | 3,348.00 | 3,348.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 0001∠ | CT332 skid steer loader | | | | | | |
| | 03/15/10 | 26,500.00 | P SLM | 07 | 0.00 | 26,500.00 | 26,500.00 |
| 0001ξ | 2004 Exmark Lazer ZXS mower | | | | | | |
| | 03/22/10 | 6,000.00 | P SLM | 07 | 0.00 | 6,000.00 | 6,000.00 |
| 0001ξ | 2004 Exmark Navigator mower | | | | | | |
| | 03/22/10 | 5,000.00 | P SLM | 07 | 0.00 | 5,000.00 | 5,000.00 |
| 0001∠ | 2006 Little Wonder bed shaper | | | | | | |
| | 03/22/10 | 1,000.00 | P SLM | 07 | 0.00 | 1,000.00 | 1,000.00 |
| 0001ξ | 2006 Little Wonder truckloader vacuum | | | | | | |
| | 03/22/10 | 1,000.00 | P SLM | 07 | 0.00 | 1,000.00 | 1,000.00 |
| 0001ξ | Dingo | | | | | | |
| | 04/14/10 | 31,328.48 | P SLM | 07 | 0.00 | 31,328.48 | 31,328.48 |
| 0001ξ | Exmark push mower | | | | | | |
| | 06/10/10 | 1,599.99 | P SLM | 07 | 0.00 | 1,599.99 | 1,599.99 |
| 0001ϵ | Troy Bilt rototiller | | | | | | |
| | 06/10/10 | 1,899.99 | P SLM | 07 | 0.00 | 1,899.99 | 1,899.99 |
| | Sprayer | | | | | | |
| | 06/24/10 | 2,090.00 | P SLM | 07 | 0.00 | 2,090.00 | 2,090.00 |
| 0001ϵ | Toro Dingo TX525 | | | | | | |
| | 07/14/10 | 14,500.00 | P SLM | 07 | 0.00 | 14,500.00 | 14,500.00 |
| 0001ϵ | Toro Tiller | | | | | | |
| | 07/14/10 | 3,100.00 | P SLM | 07 | 0.00 | 3,100.00 | 3,100.00 |
| 0001ϵ | Caterpillar Auger | | | | | | |
| | 09/02/10 | 3,074.00 | P SLM | 07 | 0.00 | 3,074.00 | 3,074.00 |
| 0001ϵ | Caterpillar 36" Augerbit | | | | | | |
| | 09/02/10 | 1,647.24 | P SLM | 07 | 0.00 | 1,647.24 | 1,647.24 |
| 0001ϵ | Caterpillar 78" Toothbar | | | | | | |
| | 09/02/10 | 1,060.00 | P SLM | 07 | 0.00 | 1,060.00 | 1,060.00 |
| 0001ϵ | Caterpillar 78" Bucket | | | | | | |
| | 09/02/10 | 1,874.08 | P SLM | 07 | 0.00 | 1,874.08 | 1,874.08 |
| 0001ϵ | Caterpillar 48" Forks | | | | | | |
| | 09/02/10 | 1,331.36 | P SLM | 07 | 0.00 | 1,331.36 | 1,331.36 |
| 0001ϳ | 54" front blade | | | | | | |
| | 01/11/11 | 1,645.12 | P SLM | 07 | 0.00 | 1,645.12 | 1,645.12 |
| 0001ϳ | 54" front blade | | | | | | |
| | 01/11/11 | 1,645.12 | P SLM | 07 | 0.00 | 1,645.12 | 1,645.12 |
| 0001ϳ | 54" plow blade | | | | | | |
| | 01/11/11 | 1,672.06 | P SLM | 07 | 0.00 | 1,672.06 | 1,672.06 |
| 0001ϳ | 2005 Toro TX420 walk behind skid steer loader | | | | | | |
| | 03/30/11 | 5,406.00 | P SLM | 07 | 0.00 | 5,406.00 | 5,406.00 |
| 0001ϳ | 2005 Toro TX420 crawler walk behind skid steer loader | | | | | | |
| | 03/30/11 | 5,406.00 | P SLM | 07 | 0.00 | 5,406.00 | 5,406.00 |
| 0001ϳ | Toro Dingo TX525 attachments | | | | | | |
| | 03/31/11 | 3,775.00 | P SLM | 06 | 0.00 | 3,775.00 | 3,775.00 |
| 0001ϳ | 2004 Bobcat 341 Midi Excavator | | | | | | |
| | 06/07/11 | 14,000.00 | P SLM | 07 | 0.00 | 14,000.00 | 14,000.00 |
| 0001ϳ | 2009 EX LXS25K zero turn mower | | | | | | |
| | 07/05/11 | 7,500.00 | P SLM | 07 | 0.00 | 7,500.00 | 7,500.00 |
| 0001ξ | 2011 TR74553 Grandstand stand on mower | | | | | | |
| | 07/05/11 | 8,000.00 | P SLM | 07 | 0.00 | 8,000.00 | 8,000.00 |
| 0001ξ | 7.4 Homesteader Snowplow for MV95 | | | | | | |
| | 11/28/11 | 3,985.00 | P SLM | 07 | 0.00 | 3,985.00 | 3,985.00 |
| 0001ξ | 1000 Tail gate spreader for MV95 | | | | | | |
| | 11/28/11 | 2,389.21 | P SLM | 07 | 0.00 | 2,389.21 | 2,389.21 |
| 0001ξ | 2007 Finn T75T portable hydro seeder | | | | | | |
| | 03/27/12 | 9,225.00 | P SLM | 07 | 0.00 | 9,225.00 | 9,115.20 |
| 0001ξ | 8 foot Fisher snowplow blade | | | | | | |
| | 11/21/12 | 5,871.00 | P SLM | 07 | 0.00 | 5,871.00 | 5,871.00 |
| 0001ξ | Dell Server | | | | | | |
| | 03/01/13 | 2,825.97 | P SLM | 07 | 0.00 | 2,825.97 | 2,825.97 |
| 0001ξ | 72" Harley rake for skid steer loader | | | | | | |
| | 06/17/13 | 4,234.70 | P SLM | 07 | 0.00 | 4,234.70 | 4,234.70 |
| 0001ξ | Missile for underground boring | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 12/19/17 | 2,925.00 | P SLM | 05 | 0.00 | 2,925.00 | 2,096.25 |
| 00019 | Rubber Tracks | | | | | | |
| | 04/21/17 | 6,569.02 | P SLM | 05 | 0.00 | 6,569.02 | 5,583.65 |
| 00019 | Rubber Truck Belt, Drive Sprockets for Loader | | | | | | |
| | 01/20/17 | 3,000.00 | P SLM | 05 | 0.00 | 3,000.00 | 2,700.00 |
| 00019 | Rubber Truck Belt, Drive Sprockets for Loader | | | | | | |
| | 08/15/18 | 2,534.04 | P SLM | 05 | 0.00 | 2,534.04 | 1,520.43 |
| 00020 | Void - Duplicated Asset in Error | | | | | | |
| | 08/15/18 | 0.00 | P SLM | 05 | 0.00 | 0.00 | 0.00 |
| 00020 | duplicated in error #188 Harley Rake | | | | | | |
| | 06/17/13 | 0.00 | P SLM | 07 | 0.00 | 0.00 | 0.00 |
| 00020 | JD Skit Loader CT 322 | | | | | | |
| | 09/05/19 | 3,840.04 | P SLM | 07 | 0.00 | 3,840.04 | 1,051.45 |
| 00020 | Track Belt for Skid Loader | | | | | | |
| | 04/09/19 | 4,059.74 | P SLM | 07 | 0.00 | 4,059.74 | 1,353.24 |
| 00020 | Tracks for Skid Load | | | | | | |
| | 04/05/19 | 3,128.28 | P SLM | 07 | 0.00 | 3,128.28 | 1,042.76 |
| 00020 | MT319 Skid Loader Repair | | | | | | |
| | 03/07/19 | 3,000.64 | P SLM | 07 | 0.00 | 3,000.64 | 1,035.93 |
| 00020 | 2 Tracks and 2 Sprockets for 319E | | | | | | |
| | 04/01/19 | 3,000.64 | P SLM | 07 | 0.00 | 3,000.64 | 1,000.21 |
| 00021 | Repair to Skid Loader | | | | | | |
| | 07/02/20 | 3,953.52 | P SLM | 10 | 0.00 | 3,953.52 | 428.30 |
| 00021 | Repair to Equipment | | | | | | |
| | 02/09/20 | 3,085.55 | P SLM | 10 | 0.00 | 3,085.55 | 462.83 |

Count = 0

Net Subtotal   1,286,606.11                    0.00   1,286,606.11   1,225,989.31
Count = 49

# Moon Landscaping, Inc.   -   210
## Depreciation Expense Report

**Book =** Internal

**FYE Month =** December

| Sys No | In Svc Date | Acquired Value | P T | Depr Meth | Est Life | Salv/168 Allow | Depreciable Basis | Current Accum |
|---|---|---|---|---|---|---|---|---|
| G/L Accum Account = 1720 | | | | | | | | |
| 000063 | DELL LAPTOP 586/SCANNER/DIGITAL CAMERA | | | | | | | |
| | 05/25/99 | 3,506.40 | Q | SLMM | 10 00 | 0.00 | 3,506.40 | 3,506.40 |

**Fill in this information to identify the case:**

Debtor name __**Moon Landscaping, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF DELAWARE__

Case number (if known) __**21-11141 - CSS**__

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **KORE Capital Corporation**<br>Creditor's Name<br>**6701 Democracy Blvd.**<br>**Suite 300**<br>**Bethesda, MD 20817**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Accounts Receivable** | **$5,454,632.67** | **$879,547.00** |

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| **2.2** **Newtek Small Business Finance, LLC**<br>Creditor's Name<br>**1981 Marcus Avenue**<br>**Suite 130**<br>**New Hyde Park, NY 11042**<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Machinery & Equipment (SEE ATTACHED SCHEDULE), Trucks (SEE ATTACHED SCHEDULE)** | **$4,339,742.20** | **$1,225,989.10** |
|---|---|---|---|

Describe the lien

Creditor's email address, if known

Is the creditor an insider or related party?

■ No
☐ Yes

**Date debt was incurred**

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Moon Landscaping, Inc.** | | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|---|
| | Name | | | |

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 | **North Avenue Capital, LLC** | Describe debtor's property that is subject to a lien | $9,833,313.38 | $1,225,989.10 |
|---|---|---|---|---|
| | Creditor's Name | **Machinery & Equipment (SEE ATTACHED SCHEDULE), Trucks (SEE ATTACHED SCHEDULE)** | | |

**816 A1A North**
**Suite 304**
**Ponte Vedra Beach, FL**
**32082**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 | **Ross Capital Partners, LLC** | Describe debtor's property that is subject to a lien | $120,000.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | **90 days or less: Accounts Receivable** | | |

**724 Yorklyn Road**
**Hockessin, DE 19707**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

Creditor's email address, if known

- ■ No
- ☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

- ☐ No
- ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

- ■ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $19,747,688.25 |
|---|---|---|

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor | **Moon Landscaping, Inc.** | | Case number (*if known*) | **21-11141 - CSS** |
|---|---|---|---|---|
| | Name | | | |

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name    **Moon Landscaping, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-11141 - CSS**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$209,499.99** | **$209,499.99** |
|---|---|---|---|---|
| | **Department of the Treasury** | *Check all that apply.* | | |
| | **Small Business/Self-Employed** | ☐ Contingent | | |
| | **Division** | ☐ Unliquidated | | |
| | **1352 Marrows Road** | ☐ Disputed | | |
| | **Group 13** | | | |
| | **Newark, DE 19711-5445** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2017, 2018 & 2019** | **Federal tax claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|
| | **State of New Jersey** | *Check all that apply.* | | |
| | **Dept of the Treasury, Div. of** | ☐ Contingent | | |
| | **Taxation** | ☐ Unliquidated | | |
| | **P.O. Box 245** | ☐ Disputed | | |
| | **Trenton, NJ 08695-0245** | | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **2018 & 2019** | **State tax claims** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No | | |
| | | ☐ Yes | | |

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Moon Landscaping, Inc.** | | Case number (if known) | **21-11141 - CSS** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.1** Nonpriority creditor's name and mailing address

**Alere eScreen**
**P.O. Box 654092**
**Dallas, TX 75265**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$1,055.00

---

**3.2** Nonpriority creditor's name and mailing address

**Anderson & Catania Surety Services, LLC**
**"707 Philadelphia Pike**
**Wilmington, DE 19809**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$10,163.00

---

**3.3** Nonpriority creditor's name and mailing address

**Aqua Duck Water Transport**
**"3462 Willow Run Road**
**Kempton, PA 19529**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$987.50

---

**3.4** Nonpriority creditor's name and mailing address

**Aqua Mist Irrigation**
**"8 James Sttreet**
**South Hackensack, NJ 07606**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$2,911.82

---

**3.5** Nonpriority creditor's name and mailing address

**ARC Document Solutions LLC**
**1510 Chester Pike, Suite 120**
**Eddystone, PA 19022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$1,829.06

---

**3.6** Nonpriority creditor's name and mailing address

**Bergey's Inc**
**462 Harleysville PikeSouderton**
**Pineville, PA 18946**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$3,989.08

---

**3.7** Nonpriority creditor's name and mailing address

**Betts Garage, Inc.**
**2806 Pulaski Hwy .**
**Newark, DE 19702**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

$1,235.00

---

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Blue Sky International**
**534 Brighton Way**
**Phoenixville, PA 19460**

- ☐ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,350.00** |
|---|---|---|---|

**Budget Landscape, Inc**
**8332 Torresdale Avenue**
**Philadelphia, PA 19136**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$271.79** |
|---|---|---|---|

**Carlos Maldonado**
**P.O. Box 780**
**Cecilton, MD 21913**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,289.00** |
|---|---|---|---|

**George Ely Associates, Inc**
**PO Box 396 Carlisle Barrack, PA 17013**
**Carlisle, PA 17013**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$186.22** |
|---|---|---|---|

**Glasgow, Inc**
**104 Willow Grove Ave**
**Glenside, PA 19038**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Hefenr Sand and Gravel, LLC**
**3670 State Route 7**
**Chesapeake, OH 45619**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,058.73** |
|---|---|---|---|

**Herc Equipment Rentals**
**PO Box 936257**
**Atlanta, GA 31193**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Vendor**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,294.74**

**Horsey Turf Farms, LLC**
**28107 Beaver Dam Branch Road**
**Laurel, DE 19956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$63,685.00**

**J & J Systems, Inc**
**10 Ridgewood Dr ive**
**Hockessin, DE 19707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,129.83**

**John Pursell Jr.**
**816 W. Creek Lane**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Expense reimbursement for materials**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$381.71**

**Karla Villa**
**102 Rosie Drive**
**Middletown, DE 19709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$84.00**

**Lehigh Valley Health Network**
**PO Box 781733**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$448,843.57**

**MAT Site Management PA, LLC**
**130 West Main Street**
**Unit 144**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$448,843.57**

**MAT Site Management PA, LLC**
**130 West Main Street**
**Unit 144**
**Collegeville, PA 19426**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Moon Landscaping, Inc.** | Case number (*if known*) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,010.00** |
|---|---|---|---|

**Mayfield Gardens, Inc**
**960 S. Hunt Road & Bryn Mawr Ave.**
**Newtown Square, PA 19073**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$357.72** |
|---|---|---|---|

**Michael Scott**
**127 Navajo Trail**
**Medford, NJ 08055**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$690.46** |
|---|---|---|---|

**National  Construction Rentals, Inc**
**PO Box 841461**
**Los Angeles, CA 90084**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$437.16** |
|---|---|---|---|

**Northern Nurseries, Inc**
**487 Elizabeth Avenue**
**Somerset, NJ 08873**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$318.00** |
|---|---|---|---|

**Oldcastle Infrastructure**
**3900 Glover Road**
**Easton, PA 18040**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58,527.59** |
|---|---|---|---|

**Outdoor Advantage, LLC**
**528 Belfast road**
**Sparks Glencoe, MD 21152**

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**P & B Lawn Service**
**"11211 Shalom Lane Hagerstown, MD 21742"**
**Hagerstown, MD 21742**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No   ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$75.00** |
|---|---|---|---|

**Pivot Occupational Health**
**200 Biddle Avenue**
**Newark, DE 19702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,367.93** |
|---|---|---|---|

**Plastic Lumber Yard**
**227 Isabella Street**
**Plymouth Meeting, PA 19462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,513.90** |
|---|---|---|---|

**Powerco, Inc.**
**7247 Penn Drive**
**Allentown, PA 18106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,934.06** |
|---|---|---|---|

**Principal Financial/Mass Mutual**
**P.O. Box 1583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,479.75** |
|---|---|---|---|

**Rojas & Cordero Landscaping, LLC**
**2073 Walton Avenue**
**Pittsburgh, PA 15210**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,315.60** |
|---|---|---|---|

**SMG Granite**
**1610 Manning Blvd Unit D**
**Levittown, PA 19057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,987.50** |
|---|---|---|---|

**Superior Equipment Rental Co.**
**36 Germany Drive**
**Wilmington, DE 19804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $639.00 |
|---|---|---|---|

**Timothy's Center for Gardening**
**1185 Rt 130**
**Robbinsville, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $653.36 |
|---|---|---|---|

**Tri-State Battery & Auto Electric, Inc.**
**P.O. Box 5808**
**Newark, DE 19714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $950.00 |
|---|---|---|---|

**Twin Oaks Nursery Inc**
**P.O. Box 488**
**Wilmer, AL 36587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
|---|---|---|---|

**U.S. Lawns of Richmond**
**112 Commerce Park Drive**
**Manquin, VA 23106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,475.58 |
|---|---|---|---|

**United Rentals, Inc.**
**P.O. Box 100711**
**Atlanta, GA 30384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,097.25 |
|---|---|---|---|

**Weeds, Inc.**
**250 Bodley Road**
**Aston, PA 19014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Pioneer Credit Recovery**<br>**PO Box 1018**<br>**Moorestown, NJ 08057** | Line  **2.2**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.2 | **Walter Weir, Jr., Esquire**<br>**Weir & Partners LLP**<br>**Suite 500, The Widener Bldg.**<br>**1339 Chestnut Street**<br>**Philadelphia, PA 19107** | Line __3.20__<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Walter Weir, Jr., Esquire**<br>**Weir & Partners LLP**<br>**Suite 500, The Widener Bldg.**<br>**1339 Chestnut Street**<br>**Philadelphia, PA 19107** | Line __3.21__<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $  209,499.99 |
| **5b. Total claims from Part 2** | 5b. + | $  1,153,793.48 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $  1,363,293.47 |

**Fill in this information to identify the case:**

Debtor name **Moon Landscaping, Inc.**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **21-11141 - CSS**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Services Agreement - Snow Removal Services**<br><br>State the term remaining  **month-to-month renewal as of 5/31/21**<br><br>List the contract number of any government contract | **1199 Winterson Road, LLC**<br>**c/o CREG ATTN: Christopher Murray**<br>**1343 Ashton Road**<br>**Suite 207**<br>**Columbia, MD 21045** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Service Contract - Snow Removal Services**<br><br>State the term remaining  **month-to-month renewal as of 5/31/21**<br><br>List the contract number of any government contract | **4200 Parliament, LLC**<br>**c/o CREG ATTN: John Crossen**<br>**1343 Ashton Road**<br>**Suite B**<br>**Hanover, MD 21076** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Landscape Services Agreement - 4900 S. Broad Street**<br><br>State the term remaining  **auto annual renewal after 12/31/21**<br><br>List the contract number of any government contract | **4900 S. Broad Street Associates**<br>**c/o Stonehenge Advisors**<br>**4328-42 Ridge Avenue**<br>**Philadelphia, PA 19129** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest<br><br>**Service Contract Snow Removal Services (month-to-month renewal as of 5/31/21) Landscaping (month-to-month renewal after 12/31/21) See below**<br><br>State the term remaining<br><br>List the contract number of any government contract | **7550 BWI, LLC, et al.**<br>**c/o CREG ATTN: Christopher Murray**<br>**Wilmington, DE 19801** |

Debtor 1   **Moon Landscaping, Inc.** _____
    First Name       Middle Name       Last Name

Case number *(if known)*   **21-11141 - CSS** _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | **unknown** | **Allan Myers Amazon TEB4 Warehouse**<br>**440 Twin Oaks Drive**<br>**Dover, DE 19904** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **A-5188-01 Lehigh Valley West 55** | |
|---|---|---|---|
| | State the term remaining | **term ends 10/1/21** | **Allied Building Corporation**<br>**74 W. Broad Street**<br>**Bethlehem, PA 18018** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape Services Agreement/Maintenance Addendum - 1900 Pattison Avenue** | |
|---|---|---|---|
| | State the term remaining | **auto annual renewal after 12/31/21** | **American Swedish Historical Museum**<br>**1900 Pattison Avenue**<br>**Philadelphia, PA 19145** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape Services Agreement - Anthology Senior Living 4328-42 Ridge Avenue (auto annual renewal after 12/31/21) Snow Removal (auto annual renewal as of 4/30/21)** | |
|---|---|---|---|
| | State the term remaining | **See below** | **Anthology Senior Living of King of Pruss**<br>**350 Guthrie Road**<br>**King of Prussia, PA 19087** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract Snow Removal Services (month-to-month renewal as of 5/31/21) Landscaping (month-to-month renewal after 12/31/21)** | |
|---|---|---|---|
| | State the term remaining | | **BC Area 6 Land Unit 1, LLC, et al.**<br>**c/o CREG ATTN: John Crossen**<br>**1343 Ashton Road**<br>**Suite B**<br>**Hanover, MD 21076** |

| Debtor 1 | **Moon Landscaping, Inc.** | | | Case number *(if known)* | **21-11141 - CSS** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | List the contract number of any government contract | _____ |
|---|---|---|

---

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Agreements:**<br>**- Hazel Farm Community Assoc.**<br>**- Villages of Noble's Pond HOA**<br>**- Rutledge Maintenance Copr.**<br>**- Spring Meadow Community Assoc.**<br>**- Steeple Glenn**<br>**- Noble's Pond SC**<br>**- Sandy Hill**<br>**- Summit**<br><br>**Services Agreement - Snow Removal Services:**<br>**- Noble's Pond**<br>**- Rutledge Community**<br>**- Steeple Green**<br>**- Summit bridge**<br><br>**Snow Removal Services:**<br>**- Hazel Farm HOA** | |
|---|---|---|---|
| | State the term remaining | **term ends 12/31/21** | **BC Communities**<br>**4905 Mermaid Blvd.**<br>**Wilmington, DE 19808** |
| | List the contract number of any government contract | _____ | |

---

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | **term ended 4/30/21** | **Caley Court**<br>**ATTN: Mark Jones**<br>**202 Kings Road**<br>**Plymouth Meeting, PA 19462** |
| | List the contract number of any government contract | _____ | |

---

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **auto annual renewal after 12/31/21** | **Cancer Support Community** |
| | List the contract number of any government contract | _____ | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Debtor 1   **Moon Landscaping, Inc.**
_____
First Name        Middle Name        Last Name

Case number *(if known)*   **21-11141 - CSS**
_____

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.13.   State what the contract or lease is for and the nature of the debtor's interest    **Services Agreement - Snow Removal Services** | |
|     State the term remaining    **auto renewal month-to-month as of 4/15/21** | **CIVF V - MD1B01, LLC Transwestern Carey Winston, LLC 7529 Standish Place Suite 350 Derwood, MD 20855** |
|     List the contract number of any government contract | |
| 2.14.   State what the contract or lease is for and the nature of the debtor's interest    **Services Agreement - Snow Removal Services** | |
|     State the term remaining | **Columbia Wegman Towamencin LLC ATTN: Bill Delany 900 Towamencin Avenue Lansdale, PA 19446** |
|     List the contract number of any government contract | |
| 2.15.   State what the contract or lease is for and the nature of the debtor's interest    **Services Agreement - Snow Removal Services** | |
|     State the term remaining    **auto month-to-month renewal as of 4/31/21** | **CPUS 531 Chelsea LP, et al. c/o CBRE 521 Chelsea Road Aberdeen, MD 21001-4305** |
|     List the contract number of any government contract | |
| 2.16.   State what the contract or lease is for and the nature of the debtor's interest    **Service Contract: Snow Removal Services (auto month-to-month renewal as of 5/31/21) Landscaping (auto month-to-month renewal as of 12/31/21) See below** | |
|     State the term remaining | **CREG Ashton I, LLC 1343 Ashton Road Suite B Hanover, MD 21076** |
|     List the contract number of any government contract | |
| 2.17.   State what the contract or lease is for and the nature of the debtor's interest    **Service Agreement: Snow Removal Services** | |
|     State the term remaining | **Easter Seals of Southern PA ATTN: Francis Hagarty 3975 Conshohocken Avenue Philadelphia, PA 19131** |
|     List the contract number of any government contract | |

Debtor 1   **Moon Landscaping, Inc.**
_____
First Name    Middle Name    Last Name

Case number (*if known*)   **21-11141 - CSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.18.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Agreement: Snow Removal Services (auto month-to-month renewal as of 5/31/21) Landscaping (auto annual renewal after 12/31/21)**<br><br>**Eddie Evans Farm, LLC ATTN: EJ Heston Regal Builders/Nobel's Pond 13 Noble's Pond Crossing Dover, DE 19901** |
| **2.19.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Delaware Logistics Center, Building 4**<br><br>**term ends 9/14/21**<br><br>**FCL Builders 1131 Benfield Blvd. Suite H Millersville, MD 21108** |
| **2.20.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Maintenance Contract**<br><br>**unknown**<br><br>**FCL Building Harding Hwy Dist Ctr. 231 Najoles Rd, Suite 335 Millersville, MD 21108** |
| **2.21.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Service Agreement: Snow Removal Services**<br><br>**Graduate Pointe Apartments 2501 Washington Avenue Philadelphia, PA 19146** |
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **2501 Washington Avenue**<br><br>**Graduate Square HOA 2501 Washington Avenue Philadelphia, PA 19146** |

Debtor 1  **Moon Landscaping, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)  **21-11141 - CSS**
_____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | **auto annual renewal as of 4/30/21** | **Green Paving and Excavating c/o Frank Green 684 Vandyke Greenspring Road Townsend, DE 19734** |
| | List the contract number of any government contract | | |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | | **Heartis Senior Living 301 Oxford Valley Road Suite 1504A Morrisville, PA 19067** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **2607 Rhawn Street Services Contract: Snow Removal (auto annual renewal afterb 9/30/21) Landscaping auto month-to-month renewal as of 12/31/19) See below** | |
|---|---|---|---|
| | State the term remaining | | **HSRE Roosevelt Blvd., LLC 10857 Kuykendahl Road The Wodlands, TX 77382** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **8040 Roosevelt Blvd., Philadelphia PA** | |
|---|---|---|---|
| | State the term remaining | | **HSRE Roosevelt Blvd., LLC 10857 Kuykendahl Road The Wodlands, TX 77382** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | **auto month-to-month renewal as of 5/31/21** | **Loyal Order of Moose No 1456 c/o CREG ATTN: Christopher Murray 1343 Ashotn Road Suite B Hanover, MD 21076** |
| | List the contract number of any government contract | | |

Debtor 1    **Moon Landscaping, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **21-11141 - CSS**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | | **Methodist Hospital 2301 South Broad Street Philadelphia, PA 19148** |
| | List the contract number of any government contract | | |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Landscape Services Agreement - 1200 Constitution Avenue** | |
|---|---|---|---|
| | State the term remaining | **auto annual renewal after 12/31/21** | |
| | List the contract number of any government contract | | **P & A Associates c/o Stonehenge Advisors** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Contract** | |
|---|---|---|---|
| | State the term remaining | **10/13/21 through 6/22/22** | **Peak Construction Corp Lehigh Valley Trade Center II 200 Barr Harbor Dr, Suite 400 Conshohocken, PA 19428** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services (auto annual renewal as of 4/30/21) Landscaping (auto annual renewal after 12/31/23)** | |
|---|---|---|---|
| | State the term remaining | **See below** | **Penn Medicine 3930 Chestnut Street 1st Floor Philadelphia, PA 19131** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement: Snow Removal Services (term ends 4/30/23) Landscaping (auto annual renwal after 12/31/23)** | |
|---|---|---|---|
| | State the term remaining | **See below** | **Penn Medicine - Cherry Hill ATTN: Jane McKinney 1865 Route 70 East Cherry Hill, NJ 08034** |
| | List the contract number of any government contract | | |

Debtor 1    **Moon Landscaping, Inc.**
_____
First Name          Middle Name          Last Name

Case number (*if known*)    **21-11141 - CSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.33.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement: Snow Removal Services (term ends 4/30/23) Landscaping (auto annual renwal after 12/31/23)** |
| State the term remaining | **See below** |
| List the contract number of any government contract | **Penn Presbyterian Medical Center ATTN: Mr. William Tomko P.O. Box 60256 Philadelphia, PA 19102** |
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Contract** |
| State the term remaining | **unknown** |
| List the contract number of any government contract | **Penn Valley - Tavo Packaging 1707 South Pennsylvania Ave Morrisville, PA 19067** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest | **MM Metals USA** |
| State the term remaining | **unknown** |
| List the contract number of any government contract | **Penn Valley Constructors, Inc. 1707 South Pennsylvania Avenue Morrisville, PA 19067** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** |
| State the term remaining | |
| List the contract number of any government contract | **Penns Landing Square Condo Assoc. c/o CAMCO ATTN: Mary Ellen PAtton 511 West Chester Pike Havertown, PA 19083** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest | **Service Contract Snow Removal Services (auto month-to-month renewal as of 5/31/21) Landscaping (auto month-to-month renwal after 12/31/21)** |
| State the term remaining | |
| List the contract number of any government contract | **Port 95 Industrial Park, LLP c/o CREG ATTN: Christopher Murray 1343 Ashton Road Suite B Hanover, MD 21076** |

Debtor 1   **Moon Landscaping, Inc.**

First Name          Middle Name          Last Name

Case number (*if known*)   **21-11141 - CSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement: Snow Removal Services:**<br>**- RCA at Devon**<br>**- RCA at Lighthouse**<br>**- RCA at MCAT**<br>**- RCA at Raritan Bay**<br>**- RCA at Woodbridge Healthcare Clinic**<br>**auto annual renewal after 12/31/21** | |
| State the term remaining<br><br>List the contract number of any government contract | | **Recovery Centers of America**<br>**ATTN: Mike Desrosiers**<br>**2701 Renaissance Blvd.**<br>**King of Prussia, PA 19406** |
| **2.39.** State what the contract or lease is for and the nature of the debtor's interest | **Service Contract:**<br>**- 8040 Roosevelt Blvd.**<br>**- 2607 Rhawn Street**<br><br>**Snow Removal (auto annual renewal afterb 9/30/21)**<br>**Landscaping auto month-to-month renewal as of 12/31/19** | |
| State the term remaining<br><br>List the contract number of any government contract | | **RRC Medical Real Estate as Managing Agent for HSRE Roosevelt Blvd., LLC**<br>**10857 Kuykendahl Road**<br>**Suite 200**<br>**Spring, TX 77382** |
| **2.40.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
| State the term remaining<br><br>List the contract number of any government contract | | **St. Agnes MOB LLC Const. Health Plaza**<br>**1930 S. Broad Street**<br>**Unit 1**<br>**Philadelphia, PA 19145** |
| **2.41.** State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services:** | |
| State the term remaining<br><br>List the contract number of any government contract | | **Stonehenge Advisors**<br>**4328-42 Ridge Avenue**<br>**Unit 104**<br>**Philadelphia, PA 19129** |
| **2.42.** State what the contract or lease is for and the nature of the debtor's interest | **Maintenance Contract** | |
| State the term remaining | **unknown** | **Swinerton Builders Safstor Dorsey**<br>**5901 Peachtree Dunwoody Road**<br>**Atlanta, GA 30328** |

Debtor 1    **Moon Landscaping, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*    **21-11141 - CSS**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| List the contract number of any government contract | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | **auto annual renewal after 12/31/23** | **The City School** |
| | List the contract number of any government contract | | |

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | | **The Executive Board for Parkview West c/o CAMCO ATTN: Diane Gothard 215 W. church Road Suite 101 King of Prussia, PA 19406** |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | **term ends 4/30/22** | **The Landing at Southampton ATTN: Ashley Harker 1160 Street Road Southampton, PA 18966** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Service Contract - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | **auto month-to-month renewal as of 5/31/21** | **The Realty Associates Fund XI Portfolio c/o CREG ATTN: John Crossen 1343 Ashton Road Suite B Hanover, MD 21076** |
| | List the contract number of any government contract | | |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement - Snow Removal Services** | |
|---|---|---|---|
| | State the term remaining | | **Vincera Institute c/o Stonehenge Advisros, Inc. ATTN: Susanne Ellis 4328-42 Ridge Avenue Philadelphia, PA 19129** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor 1 | **Moon Landscaping, Inc.** | | | Case number *(if known)* | **21-11141 - CSS** |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.48.** State what the contract or lease is for and the nature of the debtor's interest — **Verizon Plymouth Meeting SAP 3**

State the term remaining — **unknown**

List the contract number of any government contract

**Walsh Construction Company II**
**3031 West Grand Blvd.**
**Suite 640**
**Detroit, MI 48202**

**2.49.** State what the contract or lease is for and the nature of the debtor's interest — **Service Agreement - Snow Removal Services**

State the term remaining

List the contract number of any government contract

**WM Stenton, L.P.**
**c/o Stonehenge Advisros, Inc.**
**43-42 Ridge Avenue**
**Unit 104**
**Philadelphia, PA 19129**

**2.50.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining — **unknown**

List the contract number of any government contract

**Worthington Davis Associates Cairn Univ.**
**1 Fallsington Ave**
**Bristol, PA 19007**

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Fill in this information to identify the case:</b></td></tr>
<tr><td>Debtor name</td><td><b>Moon Landscaping, Inc.</b></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF DELAWARE</td></tr>
<tr><td>Case number (if known)</td><td><b>21-11141 - CSS</b></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Angela Pursell** | | **Newtek Small Business Finance, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 **John Pursell, III** | | **Newtek Small Business Finance, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 **John Pursell, III** | | **North Avenue Capital, LLC** | ■ D  __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 **John Pursell, Jr.** | | **KORE Capital Corporation** | ■ D  __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 **John Pursell, Jr.** | | **Newtek Small Business Finance, LLC** | ■ D  __2.2__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Moon Landscaping, Inc.** | Case number *(if known)* | **21-11141 - CSS** |
| --- | --- | --- | --- |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.6 | **John Pursell, Jr.** | **North Avenue Capital, LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Moon Group, Inc.** | **KORE Capital Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Moon Group, Inc.** | **Newtek Small Business Finance, LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Moon Group, Inc.** | **North Avenue Capital, LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Moon Nurseries, Inc.** | **KORE Capital Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Moon Nurseries, Inc.** | **Newtek Small Business Finance, LLC** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Moon Nurseries, Inc.** | **North Avenue Capital, LLC** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Moon Site Management, Inc.** | **KORE Capital Corporation** | ■ D __2.1__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Moon Landscaping, Inc.** | Case number *(if known)* | **21-11141 - CSS** |
|--------|----------------------------|--------------------------|--------------------|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | Column 2: **Creditor** | |
|------|------------------------|------------------------|----|
| 2.14 | **Moon Site Management, Inc.** | **Newtek Small Business Finance, LLC** | ■ D ___ **2.2** ___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Moon Site Management, Inc.** | **North Avenue Capital, LLC** | ■ D ___ **2.3** ___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Moon Wholesale, Inc.** | **KORE Capital Corporation** | ■ D ___ **2.1** ___<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Moon Wholesale, Inc.** | **Newtek Small Business Finance, LLC** | ■ D ___ **2.2** ___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Moon Wholesale, Inc.** | **North Avenue Capital, LLC** | ■ D ___ **2.3** ___<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Rickert Landscaping, Inc.** | **KORE Capital Corporation** | ■ D ___ **2.1** ___<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Rickert Landscaping, Inc.** | **Newtek Small Business Finance, LLC** | ■ D ___ **2.2** ___<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Rickert Landscaping, Inc.** | **North Avenue Capital, LLC** | ■ D ___ **2.3** ___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

| Debtor | **Moon Landscaping, Inc.** | Case number *(if known)* | **21-11141 - CSS** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | Column 2: **Creditor** | |
|---|---|---|
| 2.22    **William Hutchins** | **Ross Capital Partners, LLC** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Moon Landscaping, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-11141 - CSS**

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 30, 2021**          *X* **/s/ John D. Pursell, Jr.**
                                                       Signature of individual signing on behalf of debtor

                                                       **John D. Pursell, Jr.**
                                                       Printed name

                                                       **President**
                                                       Position or relationship to debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy