**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISCTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| MOON GROUP, INC., et al.[1], | ) | Case No. 21-11140 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 216** |

**NOTICE OF FILING OF CERTAIN AMENDMENTS TO (I) SCHEDULE E/F, PART 2 AND (II) SCHEDULE G TO THE SCHEDULES OF ASSETS AND LIABILITIES OF DEBTOR MOON LANDSCAPING, INC.**

**PLEASE TAKE NOTICE** that on September 30, 2021, pursuant to Rule 1009(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 1009-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the above-captioned debtors and debtors in possession (the "Debtors") filed their respective Schedules of Assets and Liabilities and Statements of Financial Affairs.

**PLEASE TAKE FURTHER NOTICE** that Debtor Moon Landscaping, Inc. hereby amends its (i) Schedule E/F, Part 2 to remove the duplicate disputed claim in the amount of $448,843.57 for MAT Site Management PA, LLC that appeared at 3.21, (ii) Schedule E/F, Part 2 to add the claim for StoneMor Inc. as set forth on **Exhibit 1** as 3.42 ("Amending Schedule E/F"), and (iii) Schedule G to add the executory contract as set forth on **Exhibit 2** ("Amending Schedule G"). Amending Schedule E/F and Amending Schedule G amend and supplement the Schedules for Debtor Moon Landscaping, Inc. [D.I. 216], and do not otherwise supersede or replace the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each of the Debtors' respective federal tax identification numbers, are as follows: Moon Group, Inc. (7484); Moon Landscaping, Inc. (3442); Moon Nurseries, Inc. (8411); Moon Site Management, Inc. (0250); Moon Wholesale, Inc. (3232); and Rickert Landscaping, Inc. (3988). The Debtors' headquarters and mailing address is 145 Moon Road, Chesapeake City, MD 21915.

Schedules for it or any other Debtor. For the avoidance of doubt, the claims identified on Amending Schedule E/F are nonpriority unsecured claims.

**PLEASE TAKE FURTHER NOTICE** that the disputed claim in the amount of $448,843.57 for MAT Site Management PA, LLC appearing at 3.20 of Docket No. 216 remains.

**PLEASE TAKE FURTHER NOTICE** that the Amending Summary of Schedules and Liabilities and Declaration for Moon Landscaping, Inc. are attached hereto as **Exhibit 3.**

Date: October 12, 2021
Wilmington, DE

**SULLIVAN HAZELTINE ALLINSON LLC**

 /s/ William A. Hazeltine
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

-and-

Jeffrey Kurtzman, Esquire
KURTZMAN | STEADY, LLC
555 City Avenue, Suite 480
Bala Cynwyd, PA 19004
Telephone: (215) 839-1222
Facsimile: (609) 482-8011
Email: kurtzman@kurtzmansteady.com

*Counsel for Debtors and Debtors in Possession*