# E<u>xhibit</u> 1

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Moon Landscaping, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number (if known) | **21-11141 - CSS** |

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | **Total claim** | **Priority amount** |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Small Business/Self-Employed Division**<br>**1352 Marrows Road**<br>**Group 13**<br>**Newark, DE 19711-5445** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$209,499.99** | **$209,499.99** |
|  | Date or dates debt was incurred<br>**2017, 2018 & 2019** | Basis for the claim:<br>**Federal tax claims** | | |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | | | |
| 2.2 | Priority creditor's name and mailing address<br>**State of New Jersey**<br>**Dept of the Treasury, Div. of Taxation**<br>**P.O. Box 245**<br>**Trenton, NJ 08695-0245** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
|  | Date or dates debt was incurred<br>**2018 & 2019** | Basis for the claim:<br>**State tax claims** | | |
|  | Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
|  | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (**8**) | | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

| 3.1 | **Nonpriority creditor's name and mailing address**<br>**Alere eScreen**<br>**P.O. Box 654092**<br>**Dallas, TX 75265** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,055.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>**Anderson & Catania Surety Services, LLC**<br>**"707 Philadelphia Pike**<br>**Wilmington, DE 19809** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$10,163.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>**Aqua Duck Water Transport**<br>**"3462 Willow Run Road**<br>**Kempton, PA 19529** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$987.50** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Aqua Mist Irrigation**<br>**"8 James Sttreet**<br>**South Hackensack, NJ 07606** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,911.82** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Bergey's Inc**<br>**462 Harleysville PikeSouderton**<br>**Pineville, PA 18946** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,989.08** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Blue Sky International**<br>**534 Brighton Way**<br>**Phoenixville, PA 19460** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | **Unknown** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Budget Landscape, Inc**<br>**8332 Torresdale Avenue**<br>**Philadelphia, PA 19136** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$8,350.00** |
|---|---|---|---|
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Carlos Maldonado**<br>**P.O. Box 780**<br>**Cecilton, MD 21913** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$271.79** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address**<br>**George Ely Associates, Inc**<br>**PO Box 396 Carlisle Barrack, PA 17013**<br>**Carlisle, PA 17013** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,289.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Glasgow, Inc**<br>**104 Willow Grove Ave**<br>**Glenside, PA 19038** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$186.22** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Hefenr Sand and Gravel, LLC**<br>**3670 State Route 7**<br>**Chesapeake, OH 45619** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Herc Equipment Rentals**<br>**PO Box 936257**<br>**Atlanta, GA 31193** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,058.73** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Horsey Turf Farms, LLC**<br>**28107 Beaver Dam Branch Road**<br>**Laurel, DE 19956** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,294.74** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>**J & J Systems, Inc**<br>**10 Ridgewood Dr ive**<br>**Hockessin, DE 19707** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$63,685.00** |
|---|---|---|---|
| | Date(s) debt was incurred _ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset?  ■ No  ☐ Yes | |

Debtor **Moon Landscaping, Inc.**  Case number (if known) **21-11141 - CSS**
Name

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**John Pursell Jr.**<br>**816 W. Creek Lane**<br>**Middletown, DE 19709**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Expense reimbursement for materials**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$9,129.83** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Karla Villa**<br>**102 Rosie Drive**<br>**Middletown, DE 19709**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$381.71** |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Lehigh Valley Health Network**<br>**PO Box 781733**<br>**Philadelphia, PA 19178**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$84.00** |
| 3.18 | **Nonpriority creditor's name and mailing address**<br>**Mayfield Gardens, Inc**<br>**960 S. Hunt Road & Bryn Mawr Ave.**<br>**Newtown Square, PA 19073**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,010.00** |
| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Michael Scott**<br>**127 Navajo Trail**<br>**Medford, NJ 08055**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$357.72** |
| 3.20 | **Nonpriority creditor's name and mailing address**<br>**National Construction Rentals, Inc**<br>**PO Box 841461**<br>**Los Angeles, CA 90084**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$690.46** |
| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Northern Nurseries, Inc**<br>**487 Elizabeth Avenue**<br>**Somerset, NJ 08873**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$437.16** |

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Oldcastle Infrastructure**<br>**3900 Glover Road**<br>**Easton, PA 18040**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$318.00** |
| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Outdoor Advantage, LLC**<br>**528 Belfast road**<br>**Sparks Glencoe, MD 21152**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$58,527.59** |
| 3.24 | **Nonpriority creditor's name and mailing address**<br>**P & B Lawn Service**<br>**"11211 Shalom Lane Hagerstown, MD 21742"**<br>**Hagerstown, MD 21742**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$500.00** |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>**Pivot Occupational Health**<br>**200 Biddle Avenue**<br>**Newark, DE 19702**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$75.00** |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>**Plastic Lumber Yard**<br>**227 Isabella Street**<br>**Plymouth Meeting, PA 19462**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$6,367.93** |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>**Powerco, Inc.**<br>**7247 Penn Drive**<br>**Allentown, PA 18106**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Vendor**<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$3,513.90** |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>**Principal Financial/Mass Mutual**<br>**P.O. Box 1583**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes | **$8,934.06** |

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

| 3.29 | **Nonpriority creditor's name and mailing address** <br> **Rojas & Cordero Landscaping, LLC** <br> **2073 Walton Avenue** <br> **Pittsburgh, PA 15210** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ■ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$38,479.75** |
|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address** <br> **SMG Granite** <br> **1610 Manning Blvd Unit D** <br> **Levittown, PA 19057** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | **$1,315.60** |
| 3.31 | **Nonpriority creditor's name and mailing address** <br> **StoneMor, Inc.** <br> **ATTN: Jeffrey DiGiovanni** <br> **3331 Street Road** <br> **Two Greenwood Square, Suite 200** <br> **Bensalem, PA 19020** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** _ <br> Is the claim subject to offset? ■ No ☐ Yes | **$5,171,164.00** |
| 3.32 | **Nonpriority creditor's name and mailing address** <br> **Superior Equipment Rental Co.** <br> **36 Germany Drive** <br> **Wilmington, DE 19804** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | **$1,987.50** |
| 3.33 | **Nonpriority creditor's name and mailing address** <br> **Timothy's Center for Gardening** <br> **1185 Rt 130** <br> **Robbinsville, NJ 08691** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | **$639.00** |
| 3.34 | **Nonpriority creditor's name and mailing address** <br> **Tri-State Battery & Auto Electric, Inc.** <br> **P.O. Box 5808** <br> **Newark, DE 19714** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | **$653.36** |
| 3.35 | **Nonpriority creditor's name and mailing address** <br> **Twin Oaks Nursery Inc** <br> **P.O. Box 488** <br> **Wilmer, AL 36587** <br><br> Date(s) debt was incurred _ <br> Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** **Vendor** <br> Is the claim subject to offset? ■ No ☐ Yes | **$950.00** |

| Debtor | **Moon Landscaping, Inc.** | Case number (if known) | **21-11141 - CSS** |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address** <br> **U.S. Lawns of Richmond** <br> **112 Commerce Park Drive** <br> **Manquin, VA 23106** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$4,875.00** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.37 | **Nonpriority creditor's name and mailing address** <br> **United Rentals, Inc.** <br> **P.O. Box 100711** <br> **Atlanta, GA 30384** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$4,475.58** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.38 | **Nonpriority creditor's name and mailing address** <br> **Weeds, Inc.** <br> **250 Bodley Road** <br> **Aston, PA 19014** | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | **$1,097.25** |
| | Date(s) debt was incurred __ | **Basis for the claim:** **Vendor** | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ■ No   ☐ Yes | |

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lawrence J. Kotler, Esquire** <br> **Duane Morris LLP** <br> **30 S. 17th Street** <br> **Philadelphia, PA 19103-4196** | Line  **3.31** <br><br> ☐  Not listed. Explain ____ | __ |
| 4.2 | **Pioneer Credit Recovery** <br> **PO Box 1018** <br> **Moorestown, NJ 08057** | Line  **2.2** <br><br> ☐  Not listed. Explain ____ | __ |

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | | **Total of claim amounts** |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 209,499.99 |
| **5b. Total claims from Part 2** | 5b. + | $ | 5,424,206.28 |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ | 5,633,706.27 |